Peter F. GRIFFITHS, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 05–3184.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2006.

Before MAYER, RADER, and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

In re Michael C. SCROGGIE, Michael E. Kacaba, David A. Rochon and David M. Diamond (Real Party In Interest Catalina Marketing Corporation).

No. 05–1353, 09–567, 09–274.

United States Court of Appeals, Federal Circuit.

Feb. 10, 2006.

Before MAYER, RADER, and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.